FRANK DELEHANTY, Respondent, *v.* ARTHUR DUNAIF, Appellant.

(Argued January 23, 1935; decided February 26, 1935.)

*H. H. Brown* and *James E. Turner* for appellant.

*William Roth* and *George D. Zahm* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.